469 F.2d 1392
 Mrs. Bonnie C. FARR, Individually and as Administratrix of
the Estate of William E. Farr, Deceased,
Plaintiffs-Appellants,
v.
SUN LIFE ASSURANCE COMPANY OF CANADA, Defendant-Appellee.
 No. 72-2571 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Dec. 18, 1972.
 
 Charles C. Jacobs, Jr., Cleveland, Miss., for plaintiffs-appellants.
 Alfred A. Levingston, Cleveland, Miss., for defendant-appellee.
 Before JOHN R. BROWN, Chief Judge, and GOLDBERG and MORGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 This case presents a novel question under Mississippi law about the interpretation given certain clauses in a life insurance policy. The district court held on summary judgment for the defendant insurance company. We affirm.
 
 
 2
 After careful analysis of the facts and issues in this case, we find that a full opinion by this court could add little or nothing to the well-reasoned opinion rendered by the district court. See 351 F.Supp. 299 (N.D.Miss., 1972).
 
 
 3
 Affirmed.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part. I